UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-61156-KMW

BLAINE HARRINGTON III,

    Plaintiff,

v.

FRANK J. MARI d/b/a SFPMA (STATE OF FLORIDA PROPERTY MANAGEMENT ASSOCIATION),

    Defendant.

_____

## ORDER ON SUBSTITUTION OF PARTY

THIS CAUSE is before the Court upon Maureen Harrington's (the "Personal Representative") Motion to Substitute Party (ECF No. 20) (the "Motion"). The District Judge has referred this case to the undersigned for all discovery and non-dispositive motions. (ECF No. 5). The Motion and Suggestion of Death (ECF No. 19) indicate that plaintiff Blaine Harrington III ("Plaintiff") has passed away, and that his wife seeks to substitute in this action as Personal Representative.

Having considered the Motion and the record in this matter, it is hereby **ORDERED AND ADJUDGED** that Motion is **GRANTED**. Maureen Harrington, as Personal Representative for Plaintiff, is hereby substituted for Plaintiff in this action.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on May 10, 2023.

                                              ALICIA O. VALLE
                                              UNITED STATES MAGISTRATE JUDGE

cc:  U.S. District Judge Kathleen Williams
      All counsel of record