**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-61156-CV-WILLIAMS**

MAUREEN HARRINGTON,

    Plaintiff,

v.

FRANK J. MARI,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 23) ("***Report***") on Plaintiff's Motion for Default Final Judgment Against Defendant Frank J. Mari ("***Defendant***") (DE 16) ("***Motion***"). In the Report, Judge Valle recommends that the Motion be granted in part. (DE 23 at 1.) Specifically, Judge Valle recommends that (i) Plaintiff's Motion for Default Final Judgment (DE 16) be granted, and a permanent injunction be entered against Defendant; (ii) Plaintiff's request for statutory damages be granted and Plaintiff be awarded a total of $22,500 in statutory damages against Defendant; (iii) Plaintiff's request for attorneys' fees and costs (DE 16) be granted in part and Plaintiff be awarded $3,097.50 in attorneys' fees and $506.65 in costs. (DE 23 at 13.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Valle's Report (DE 23) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiffs' Motion for Default Final Judgment Against Defendant Frank J.

        Mari (DE 16) is **GRANTED** and a permanent injunction is entered against Defendant.

3. Plaintiff's request for statutory damages is **GRANTED** and Plaintiff is awarded a total of $22,500 in statutory damages against Defendant.

4. Plaintiff's request for attorneys' fees and costs (DE 16) is **GRANTED IN PART** and Plaintiff is awarded $3,097.50 in attorney's fees and $506.65 in costs.

5. The Court will separately issue a default final judgment.

6. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>21st</u> day of July, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE