IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61156-KMW

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

      Plaintiff,

v.

FRANK J. MARI d/b/a SFPMA (STATE OF
FLORIDA PROPERTY MANAGEMENT
ASSOCIATION),

      Defendant.

_____

## PLAINTIFF'S MOTION TO COMPEL POST-JUDGMENT DISCOVERY RESPONSES

Plaintiff Maureen Harrington, personal representative for the Estate of Blaine Harrington III ("Plaintiff") hereby files this motion to compel defendant Frank J. Mari d/b/a SFPMA (State of Florida Property Management Association) ("Defendant") to respond to Plaintiff's First Set of Interrogatories in Aid of Execution, and First Request for Production of Documents in Aid of Execution, and in support states:

1. On July 21, 2023, a Default Judgment was entered against Defendant [D.E. 25].

2. On August 8, 2023, Plaintiff served her First Set of Interrogatories in Aid of Execution and First Request for Production in Aid of Execution (collectively, the "Discovery Requests")[1] upon Defendant.

3. Pursuant to the Federal Rules of Civil Procedure, Defendant's responses to the Discovery Requests were due on or before September 7, 2023.

_____

[1]    True and correct copies of the Discovery Requests are attached hereto as Composite **Exhibit "A."**

4.        Defendants received service of documents via mail such that the rule set forth in Fed. R. Civ. P. 6(d) would apply.  Thus, while Defendant's responses would otherwise have been due on September 7, 2023 (30 days from August 8, 2023), the benefit of Rule 6(d) would extend the due date to September 11, 2023.[2]

5.        Defendant failed to respond to the Discovery Requests by September 11, 2023.

6.        On September 18, 2023 undersigned counsel attempted to contact Defendant via email and telephone to discuss Defendant's obligation to respond to the Discovery Requests, however, as of the filing of this Motion, Defendant has not responded.

7.        Notwithstanding the efforts of undersigned counsel, Defendant ignored the Discovery Requests (failing to respond – timely or otherwise – to any of them).

8.        Given Defendant's refusal to participate in this lawsuit, Plaintiff seeks an Order, pursuant to Fed. R. Civ. P. 37(a)(3)(B), compelling Defendant to serve written responses to the First Request for Production (and produce any documents responsive thereto) and First Set of Interrogatories within seven (7) days from the date of the Order.  Such Order should deem waived any objections (other than attorney-client privilege) to the foregoing Discovery Requests.

9.        Plaintiff further requests that the Court require Defendant, pursuant to Fed. R. Civ. P. 37(a)(5), to pay Plaintiff's reasonable expenses/fees incurred in making this Motion (reserving on the amount pending the filing of a declaration of fees by undersigned counsel).  Defendant's conduct in refusing to participate in this lawsuit was not substantially justified.  Defendant likewise ignored undersigned counsel's attempt to secure the discovery responses without court action.

---

[2]        September 7, 2023 + 3 days is Sunday, September 10, 2023, making the due date Monday, September 11, 2023.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order: (a) compelling Defendant to serve written responses to Plaintiff's First Set of Interrogatories in Aid of Execution; (b) compelling Defendant to produce all documents responsive to Plaintiff's First Request for Production in Aid of Execution; (c) deeming waived Defendant's objections to the foregoing discovery (other than attorney-client privilege); (d) granting Plaintiff its reasonable expenses/fees incurred with the filing of this motion, and (e) for such further relief as the Court deems proper.

<u>**FRCP Rule 37(a)(1) Certification**</u>

Undersigned counsel certifies that on August 8, 2023, the Discovery Requests were sent to Defendant via U.S. Mail at Frank J. Mari d/b/a SFPMA (South Florida Property Management Association) c/o Frank J. Mari, 209 SE 25th Avenue, Apartment 3, Pompano Beach, FL 33062 and via email at Membership@sfpma.com and nationalevictions@yahoo.com. No response was received and, on September 18, 2023, a follow-up email was sent to Defendant at Membership@sfpma.com, nationalevictions@yahoo.com, extreme201098@yahoo.com and frankmari_22@ausi.com, in an effort to resolve the motion. On September 18, 2023, a telephone call was also made to Defendant at (561) 756-3540. No one answered, but the outgoing voicemail message identified the number as Frank Mari's. A message was left to call the undersigned's office immediately regarding the Discovery Requests, otherwise, the instant motion would be filed. To date, no response has been received.

Respectfully submitted,

Dated: September 21, 2023.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

3

By: /s/ Daniel DeSouza_____
      Daniel DeSouza, Esq.
      Florida Bar No.: 19291
      James D'Loughy, Esq.
      Florida Bar No.: 0052700

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on September 21, 2023, I served the foregoing document via US Mail to: Frank J. Mari d/b/a SFPMA (South Florida Property Management Association) c/o Frank J. Mari, 209 SE 25th Avenue, Apartment 3, Pompano Beach, FL 33062 and via e-mail to: Membership@sfpma.com, nationalevictions@yahoo.com, extreme201098@yahoo.com and frankmari_22@ausi.com.

By: /s/ Daniel DeSouza___
      Daniel DeSouza, Esq.

4