# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61156-KMW

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

      Plaintiff,

v.

FRANK J. MARI d/b/a SFPMA (STATE OF
FLORIDA PROPERTY MANAGEMENT
ASSOCIATION),

      Defendant.

_____

## PLAINTIFF'S FIRST SET OF INTERROGATORIES IN AID OF EXECUTION

Plaintiff/judgment creditor Maureen Harrington, as personal representative of Blaine

Harrington, III, deceased, requests that defendant/judgment debtor Frank J. Mari d/b/a SFPMA

(State of Florida Property Management Association) answer the following interrogatories fully

and separately, in writing and under oath, and deliver to the offices of CopyCat Legal PLLC, 3111

N. University Drive, Suite 301, Coral Springs, FL 33065, within thirty (30) days of the date of

service of these requests.

## DEFINITIONS

1.     "Communication" means any oral or written utterance, notation or statement of any nature

whatsoever, by and to whomsoever made, including correspondence, conversations, dialogues,

discussions, e-mails, interviews, meetings, consultants, agreements, and other understandings

between or among two or more people.

2.     "Concerning" or "Regarding" means relating to, referring to, describing, evidencing,

mentioning, affecting, showing, reflecting, touching on, bearing on or constituting.

3.      "Document" is used in the broadest sense permitted under the Federal Rules of Civil Procedure and includes, but is not limited to, all originals, non-identical copies and copies with marginal notations or interlineations of any writing, e-mail, text message, computer data, sworn statement, deposition transcript, affidavit, recording, photograph, or other item containing information of any kind or nature, however produced or reproduced, whatever its origin or location, and regardless of the form maintained.  The term "Document" also includes all Communications and all Electronically Stored Information.

4.      "All Documents" means every document or group of documents or communication as above defined that are known to you or that can be located or discovered by reasonably diligent efforts.

5.      "Electronically Stored Information" refers to all computer or electronically stored or generated data and information and shall include all attachments to and enclosures with any requested item, and all drafts thereof.  Electronically Stored Information includes (but is not limited to): e-mails; text messages; messages sent via messaging services/applications (such as WeChat, WhatsApp, Messenger, Facebook Messenger, etc.); word-processing documents; electronic spreadsheets; electronic presentation documents; image files; sound files; and material or information stored in a database, or accessible from a database.  Electronically Stored Information also includes all associated metadata that is maintained or saved, which includes: document title or name; file name; date and time of creation; date and time of last edit; identity of author; identity of owner; identities of editors; identities of recipients; changes; history of changes; e-mail header information; history of who viewed an e-mail and when; and e-mail routing information.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

6. "Identify" means, when referring to a Person, to give, to the extent known, the Person's full name, job title, present or last known address and when referring to a natural Person, additionally, the present or last known place of employment.

7. "Identify" means, when referring to any other information, to give a full, complete, forthright and correct account of whatever is the subject of the inquiry.

8. "Including" shall mean including but not by way of limitation.

9. "Lawsuit" means the above-captioned case, filed in United States District Court for the Southern District of Florida.

10. "Person" means any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, firm, or other business enterprise, governmental body, group of natural persons or other entity.

11. "Defendant" refers to defendant/judgment debtor Frank J. Mari d/b/a SFPMA (State of Florida Property Management Association) and includes any agents, servants and other persons acting or purporting to act on Defendant's behalf.

12. "Plaintiff" refers to plaintiff Maureen Harrington, as personal representative of Blaine Harrington, III, deceased, and includes any agents, servants and other persons acting or purporting to act on Plaintiff's behalf.

13. "You," or "Your" refers to the person/entity responding to these requests.

14. All words in the present tense include the past, and all words in the past tense include the present tense.

15. As used herein, the singular shall include the plural, the plural shall include the singular, and masculine, feminine, and neuter shall include each of the other genders.

**INSTRUCTIONS**

3

1.      If any part of the following Interrogatories cannot be responded to in full, please respond to the extent possible, specifying the reason(s) for your inability to respond to the remainder and stating whatever information or knowledge you have concerning the portion to which you do not respond.

2.      The following Interrogatories are to be deemed continuing in nature. In the event you become aware of or acquire additional information relating or referring to any of the following Interrogatories, such additional information is to be promptly disclosed.

3.      The terms "each" and "all" shall be construed as both meaning each and all.

4.      The connectives "and" and "or" are both conjunctive and disjunctive and shall be construed disjunctively or conjunctively as necessary to being within the scope of discovery all responses that might otherwise be construed as outside of its scope.

5.      Unless otherwise instructed, the date range for these requests shall be January 1, 2018 through the date your responses to these requests are served.

## INTERROGATORIES

1.      Describe the corporate structure of Defendant including, but not limited to, any subsidiaries, conglomerates, affiliates, parent corporations, and/or all other identifiable legal entities related to Defendant.

2.      What are the names of officers, directors, members and/or partners of Defendant?

3.      Does Defendant own any vehicles? If yes, please provide the following: year/make/model, color, Vehicle ID No., Tag No., mileage, name(s) on title, present value, loan owed to, balance on the loan, and the monthly payment.

4.      Does Defendant own any real property? If yes, please state the address(es) of each property and identify any mortgages and/or liens existing on such property.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

5.      Does Defendant own any personal property (i.e., equipment, computers, furniture, artwork, etc.)? If yes, please include a detailed list of such.

6.      Describe and list any and all mergers and/or acquisitions related to Defendant, including the type of merger and/or acquisition (i.e., asset purchase, stock purchase, etc.), within the last four (4) years.

7.      If Defendant rents its place(s) of business, state whether it has a written lease, the amount of rental payment, to whom paid, and by whom paid, whether by check or cash, and whether its landlord is holding a security deposit.

8.      State whether Defendant owns (whether joint, sole, etc.) its place of business or any other real property, and if so, the street address of such other address.

9.      Identify (by financial institution name and account number) all checking, savings, or brokerage accounts in which Defendant has an ownership interest and/or the ability to write checks from.

10.     Does Defendant own any stocks, bonds, securities, or other investments?  If yes, identify by name/number such securities, and provide the year of acquisition of such securities.

11.     Identify all business entities (whether corporations, partnerships, limited liability companies, or otherwise) that Defendant has an ownership interest in.

12.     Identify any member, manager or other affiliated party owning 5% or more of Defendant.

13.     What is the average number of employees per month employed by Defendant?

14.     At any time during the preceding three years, has Defendant closed any checking or savings account, disposed of any real or personal property valued over $5,000.00, given or sold anything valued over $5,000.00 to any person, or otherwise allowed anything valued over $5,000.00 to leave

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Defendant's possession or control?  If yes, describe in detail such asset/account and provide the reason for such disposal and/or closing of account.

Dated: August 8, 2023

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza_____
     Daniel DeSouza, Esq.
     Florida Bar No.: 19291
     James D'Loughy, Esq.
     Florida Bar No.: 0052700

### CERTIFICATE OF SERVICE

I hereby certify that August 8, 2023, I served the foregoing document via US Mail to: Frank J. Mari d/b/a SFPMA (South Florida Property Management Association) c/o Frank J. Mari, 209 SE 25th Avenue, Apartment 3, Pompano Beach, FL 33062 and via email to: Membership@sfpma.com and nationalevictions@yahoo.com.

By:  /s/ Daniel DeSouza____
     Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

**<u>VERIFICATION</u>**

I, _____, hereby attest that the answers to the foregoing interrogatories are true and correct to the best of my knowledge and belief.

_____
Affiant

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, under oath, this _____ day of _____, _____ by _____, who is personally known to me or has produced _____ as identification.

_____
NOTARY PUBLIC

_____
**Printed Name of Notary Public**

My Commission Expires:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61156-KMW

MAUREEN HARRINGTON, as personal
representative for the estate of BLAINE
HARRINGTON III,

     Plaintiff,

v.

FRANK J. MARI d/b/a SFPMA (STATE OF
FLORIDA PROPERTY MANAGEMENT
ASSOCIATION),

     Defendant.

---

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION IN AID OF EXECUTION

Plaintiff/judgment creditor Maureen Harrington, as personal representative of Blaine Harrington, III, deceased, requests that defendant/judgment debtor Frank J. Mari d/b/a SFPMA (State of Florida Property Management Association) produce the following documents and things to the offices of CopyCat Legal PLLC, 3111 N. University Drive, Suite 301, Coral Springs, FL 33065, within thirty (30) days of the date of service of these requests.

### DEFINITIONS

1.    "Communication" means any oral or written utterance, notation or statement of any nature whatsoever, by and to whomsoever made, including correspondence, conversations, dialogues, discussions, e-mails, interviews, meetings, consultants, agreements, and other understandings between or among two or more people.

2.    "Concerning" or "Regarding" means relating to, referring to, describing, evidencing, mentioning, affecting, showing, reflecting, touching on, bearing on or constituting.

3.     "Document" is used in the broadest sense permitted under the Federal Rules of Civil Procedure and includes, but is not limited to, all originals, non-identical copies and copies with marginal notations or interlineations of any writing, e-mail, text message, computer data, sworn statement, deposition transcript, affidavit, recording, photograph, or other item containing information of any kind or nature, however produced or reproduced, whatever its origin or location, and regardless of the form maintained.  The term "Document" also includes all Communications and all Electronically Stored Information.

4.     "All Documents" means every document or group of documents or communication as above defined that are known to you or that can be located or discovered by reasonably diligent efforts.

5.     "Electronically Stored Information" refers to all computer or electronically stored or generated data and information and shall include all attachments to and enclosures with any requested item, and all drafts thereof.  Electronically Stored Information includes (but is not limited to): e-mails; text messages; messages sent via messaging services/applications (such as WeChat, WhatsApp, Messenger, Facebook Messenger, etc.); word-processing documents; electronic spreadsheets; electronic presentation documents; image files; sound files; and material or information stored in a database, or accessible from a database.  Electronically Stored Information also includes all associated metadata that is maintained or saved, which includes: document title or name; file name; date and time of creation; date and time of last edit; identity of author; identity of owner; identities of editors; identities of recipients; changes; history of changes; e-mail header information; history of who viewed an e-mail and when; and e-mail routing information.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

6.      "<u>Identify</u>" means, when referring to a Person, to give, to the extent known, the Person's full name, job title, present or last known address and when referring to a natural Person, additionally, the present or last known place of employment.

7.      "<u>Identify</u>" means, when referring to any other information, to give a full, complete, forthright and correct account of whatever is the subject of the inquiry.

8.      "<u>Including</u>" shall mean including but not by way of limitation.

9.      "<u>Lawsuit</u>" means the above-captioned case, filed in United States District Court for the Southern District of Florida.

10.     "<u>Person</u>" means any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, firm, or other business enterprise, governmental body, group of natural persons or other entity.

11.     "<u>Defendant</u>" refers to defendant/judgment debtor Frank J. Mari d/b/a SFPMA (State of Florida Property Management Association) and includes any agents, servants and other persons acting or purporting to act on Defendant's behalf.

12.     "<u>Plaintiff</u>" refers to plaintiff Maureen Harrington, as personal representative of Blaine Harrington, III, deceased, and includes any agents, servants and other persons acting or purporting to act on Plaintiff's behalf.

13.     "<u>You</u>," or "<u>Your</u>" refers to the person/entity responding to these requests.

14.     All words in the present tense include the past, and all words in the past tense include the present tense.

15.     As used herein, the singular shall include the plural, the plural shall include the singular, and masculine, feminine, and neuter shall include each of the other genders.

**<u>INSTRUCTIONS</u>**

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

1.      Each Request should be responded to separately indicating that you will produce the documents or items requested.  If any of the requested documents cannot be produced in full, produce to the extent possible, specifying the reasons for the inability to produce the remainder.

2.      In producing these documents, you are required to furnish all documents known or available to you regardless of whether the documents are possessed: directly by you, or by your agents, employees, representatives, or investigators; or by your present or former attorneys or its agents, employees, representatives, or investigators; or by your affiliates, predecessors, corporations, partnerships or other legal entities controlled by or in any manner affiliated with you.

3.      **Electronically Stored Information – Form of Production:**  Unless the parties agree otherwise, all Electronically Stored Information must be produced in its native form.  For example, this means that documents originally created as Microsoft Word files, Excel spreadsheets, and PowerPoint presentations must be produced as .doc, .xls, and .ppt (or successor file types) electronic files, respectively, without redaction of metadata.  Similarly, e-mails must be produced in .msg, .pst, .eml or .nsf file formats.  E-mails shall be produced so that the full header is accessible and readable.  **For the avoidance of doubt, no Electronically Stored Information shall be produced in paper, .tif, .pdf, and/or other similar non-native format without prior written consent from undersigned counsel**.

4.      If Electronically Stored Information is not reasonably useable in its native form, then all software, instructions, or tools necessary to make the information reasonably useable must also be provided or identified.  To the extent that identical information is available in multiple forms of Electronically Stored Information, you need only produce the Electronically Stored Information in one native form.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

5.     Unless otherwise instructed, the date range for these requests shall be January 1, 2018 through the date your responses to these requests are served.

## **REQUESTS FOR PRODUCTION**

1.     Your Federal income tax returns for calendar years 2018, 2019, 2020, 2021, and 2022 whether the same be in your name individually or jointly with anyone else.

2.     All Schedule K-1 forms issued to you by any business entity for calendar years 2018, 2019, 2020, 2021, and 2022.

3.     Records reflecting gross income and net income received by you, from January 1, 2018 through the date of your responses to these requests for production, including all pay stubs.

4.     Records reflecting all consulting fees and/or independent contractor fees received by you or any corporation, limited liability company, or other business entity to which you have a legal or equitable interest, from January 1, 2018 through the date of your responses to these requests for production.

5.     All applications for credit, from January 1, 2018 through the date of your responses to these requests for production, for any credit card or loan in your name individually, jointly with anyone else, or for which you are a guarantor.

6.     For any checking or savings account in your name individually, jointly with anyone else, or for which you have the right to write a check, all monthly statements and copies of any checks written from January 1, 2018 through the date of your responses to these requests for production.

7.     All bank, savings and loan, and other account books and statements for accounts in institutions in which you had any legal or equitable interest for the past 3 years.

8.     All cancelled checks at any time from January 1, 2018 through the date of your responses to these requests for production.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

9.     All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time from January 1, 2018 through the date of your responses to these requests for production.

10.    All bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from you at any time from January 1, 2018 through the date of your responses to these requests for production.

11.    Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by you alone or with others.

12.    Financial statements as your assets, liabilities, and owner's equity prepared at any time from January 1, 2018 through the date of your responses to these requests for production.

13.    For any brokerage or securities account in your name individually or jointly with anyone else, all monthly and annual statements from January 1, 2018 through the date of your responses to these requests for production.

14.    Documents sufficient to identify all securities (stocks and bonds) owned by you and all of your secured investments, including but not limited to any mortgages held by you individually or jointly with any person, from January 1, 2018 through the date of your responses to these requests for production.

15.    Documents sufficient to identify all cryptocurrency (including but not limited to any Bitcoin or Ethereum) owned by you, from January 1, 2018 through the date of your responses to these requests for production.

16.    All documents (including but not limited to any signature cards or records of access) for any safe deposit box in your name individually or jointly with anyone else, from January 1, 2018 through the date of your responses to these requests for production.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

17.     Documents sufficient to identify all real property in which you have had an interest from January 1, 2018 through the date of your responses to these requests for production.

18.     The deeds, or copies thereof, to all real property owned by you solely or jointly, from January 1, 2018 through the date of your responses to these requests for production, specifically including but not limited to any time-share(s) or fractional share(s) of ownership.

19.     Any and all motor vehicle and/or boat titles and documents of ownership in your name alone or with any other person from January 1, 2018 through the date of your responses to these requests for production.

20.     Any stock books, stock transfer ledgers, stock certificates, or membership certificates for any corporation, limited liability company, or other business entity in which you have been an officer, director, stockholder, or member from January 1, 2018 through the date of your responses to these requests for production.

21.     For any credit card in your name, jointly with any other person, or for which any of your personal expenses were charged to, all monthly statements from January 1, 2018 through the date of your responses to these requests for production.

22.     If you are self-employed, a partner, or own more than 10% of the outstanding capital stock or membership interest of any corporation, limited liability company, or other business entity, then for each such business from January 1, 2018 through the date of your responses to these requests for production, produce all federal income tax returns for such business and all profit and loss statements, balance sheets and net worth statements for such business.

23.     Documents sufficient to identify all corporations, limited liability companies, or other business entities for which you have any legal or equitable ownership/membership interest, whether directly or indirectly (such as an interest held by a corporation to which you are a

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

shareholder), from January 1, 2018 through the date of your responses to these requests for production.

24.     Documents sufficient to identify all corporations, limited liability companies, or other business entities for which you have served or been named as a manager, director, officer, employee, or independent contractor, from January 1, 2018 through the date of your responses to these requests for production.

25.     All profit and loss statements, statements of earnings or income, balance sheets, or other financial statements recording or reflecting any transactions, from January 1, 2018 through the date of your responses to these requests for production, of any business entities in which you have or had an ownership, partnership, or membership interest or through which you have conducted any business.

26.     Documents sufficient to show all payments made to you, in excess of $5,000.00, whether as salary, bonuses, dividends, interest, equity, loan repayments, or otherwise, from any business entity and whether in the form of cash or cash equivalents, benefits, debt (such as forgivable or other loans), equity (such as stock or stock options), or otherwise, from January 1, 2018 through the date of your responses to these requests for production.

27.     All documents evidencing or memorializing all loans (made from January 1, 2018 through the date of your responses to these requests for production) as to which you are the obligee, obligor, or guarantor.

28.     All personal financial statements prepared by you or on your behalf from January 1, 2018 through the date of your responses to these requests for production.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

29.     If you have transferred, sold, or otherwise disposed of any property valued in excess of $5,000.00 (or for which consideration of at least $5,000.00 or its equivalent was paid), produce all documents evidencing such transfer, sale, or disposition.

30.     If you are the beneficiary of any trust, produce copies of (a) all documents relating to, governing, or evidencing your interest in the trust and (b) all federal, state, and gift tax returns filed by the trust from January 1, 2018 through the date of your responses to these requests for production.

31.     If you are owed monies exceeding $5,000.00 from any source, produce all documents evidencing the financial obligation to you.

32.     The title certificates, registration certificates, bills of sale, and all other evidence of ownership by you individually or jointly with any other person, from January 1, 2018 through the date of your responses to these requests for production, with respect to any of the following described property:

a.  Motor vehicles of any type, specifically including but not limited to automobiles, motorcycles, recreational vehicles, trailers, ski-mobiles, all-terrain vehicles, go carts, lawn tractors/mowers, and/or any other vehicles with motors or engines whether registered or not;

b.  Commercial, business, or construction equipment of any type;

c.  Boats, launches, cruisers, sail or motor boats, or other marine vessels of any type, and the contents of any such vessels, specifically including but not limited to fishing equipment;

d.  Airplanes, pre-paid air or travel tickets, travel shares, credits, and frequent flier points;

e.  Any jewelry, precious stones, or valuable antiques;

f.  Any collectables of any type, specifically including but not limited to stamp, gun, and/or coin collections, and works of art;

g.  Inventory of any stock of goods or equipment of any type;

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

h.  Anything valued in excess of $5,000.00 which has not otherwise been identified in response to this request.

33.     Evidence of any ownership or beneficial interests (such as you named as a beneficiary on a life insurance policy) in any policies of insurance, either in your name or by someone else on behalf of you, and for each such policy specifically provide information identifying the insurer, policy number, policy amount, and basis for coverage.

34.     Employment contracts, commission agreements, royalty agreements, or patents under which any sum of money has been paid to you or may be payable to you, from January 1, 2018 through the date of your responses to these requests for production.

35.     Documents evidencing any certificate of deposit obtained by you, from January 1, 2018 through the date of your responses to these requests for production.

36.     Patents, trademarks, copyrights, or franchises in which you have or had an interest, from January 1, 2018 through the date of your responses to these requests for production.

37.     Powers of attorney, stock powers, or other instruments whereby you, either alone or jointly with any person, authorized any person, firm, or business entity to handle any business or financial affairs for you, from January 1, 2018 through the date of your responses to these requests for production.

38.     All documents maintained on your behalf by any certified public accountant and/or accounting service utilized by you, from January 1, 2018 through the date of your responses to these requests for production.

39.     All communications with any third party (other than your counsel) concerning or referring to: (a) your intention or ability to place any asset beyond the reach of creditors; (b) the ability of any creditor to execute on or seize any asset of yours; (c) whether any asset could be

seized/executed upon by a creditor; or (d) any stay of execution of the judgment entered in this lawsuit.

Dated: August 8, 2023    COPYCAT LEGAL PLLC
          3111 N. University Drive
          Suite 301
          Coral Springs, FL 33065
          Telephone: (877) 437-6228
          dan@copycatlegal.com
          james@copycatlegal.com

          By: /s/ Daniel DeSouza_____
           Daniel DeSouza, Esq.
           Florida Bar No.: 19291
           James D'Loughy, Esq.
           Florida Bar No.: 0052700

## CERTIFICATE OF SERVICE

I hereby certify that August 8, 2023, I served the foregoing document via US Mail to: Frank J. Mari d/b/a SFPMA (South Florida Property Management Association) c/o Frank J. Mari, 209 SE 25th Avenue, Apartment 3, Pompano Beach, FL 33062 and via email to: Membership@sfpma.com and nationalevictions@yahoo.com.

          By: /s/ Daniel DeSouza___
           Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228