UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-61156-CV-WILLIAMS

MAUREEN HARRINGTON,

    Plaintiff,

v.

FRANK J. MARI,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Show Cause Why Defendant Should Not be Held in Contempt (DE 30) ("***Motion***") and Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 37) ("***Report***"). In the Report, Judge Valle recommends that Defendant Frank J. Mari be held in contempt. (DE 37 at 6.) Specifically, Judge Valle recommends that the Court: (i) enter an Order holding Defendant Frank J. Mari in civil contempt for failure to obey this Court's Orders requiring him to respond to Plaintiff's Post-Judgment Discovery in Aid of Execution; (ii) issue a warrant for Defendant Frank J. Mari's arrest; and (iii) enter an Order that Defendant Frank J. Mari be held in custody until he purges himself of contempt by responding to Plaintiff's Post-Judgment Discovery in Aid of Execution. (*Id.*) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Valle's Report (DE 37) is **AFFIRMED IN PART AND REJECTED IN PART**.

2. The Court holds Defendant Frank J. Mari in civil contempt for failure to obey this Court's Orders requiring him to respond to Plaintiff's Post-Judgment Discovery in Aid of Execution.

3. Defendant Frank J. Mari shall pay a daily fine into this Court's registry as follows:

   a. For the first seven (7) days after being served with a copy of this Order, Defendant Frank J. Mari shall pay a daily fine of $1,000.00 into the Court's registry until he purges himself of contempt by responding to Plaintiff's Post-Judgment Discovery in Aid of Execution.

   b. For the next seven (7) days after being served with a copy of this Order, Defendant Frank J. Mari shall pay a daily fine of $5,000.00 into the Court's registry until he purges himself of contempt by responding to Plaintiff's Post-Judgment Discovery in Aid of Execution.

4. If after fourteen (14) days after being served with a copy of this Order, Defendant Frank J. Mari has failed to purge himself of contempt by responding to Plaintiff's Post-Judgment Discovery in Aid of Execution, Plaintiff may request that a warrant for arrest for civil contempt against Defendant Frank J. Mari be issued.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE